No. 159. Nones, Petitioner, *v.* Ponce School Board, Respondent.—Mandamus. June 11, 1917. *Petition withdrawn.*

No. 162. Succession of Jesús et al., Petitioners, *v.* Corber, Clerk District Court of Arecibo, Respondent.—Mandamus. June 14, 1917. *Petition denied.*

No. 192. Morales, Petitioner, *v.* López Acosta, District Judge, Respondent.—Certiorari. Guayama. June 18, 1917. *Petition denied.*

No. 194. Ramos, Petitioner, *v.* Foote, District Judge, Respondent.—Certiorari. Mayagüez. June 19, 1917. *Petition denied.*

No. 4. Ginorio, Petitioner, *v.* Executive Council, Respondent.—Injunction. June 23, 1917. *Petition denied.*

No. 63. Rivera, Petitioner, *v.* Figueroa, Warden of Municipal Jail of Carolina, Respondent.—Habeas Corpus. June 27, 1917. *Petition denied.*

No. 11. In re Sergio León Lugo, Respondent.—Disbarment. June 28, 1917. *Dismissed.*

No. 195. Succession of Criado, Petitioner, *v.* Sepúlveda, District Judge, Respondent.—Certiorari. Ponce. June 29, 1917. *Petition denied.*